Jamie L. Johnson, Esq. (CA State Bar No. 130698)
Keith R. Thorell, Esq. (CA State Bar No. 199558)
KORSHAK, KRACOFF, KING & SUGANO, L.L.P
2430 J Street
Sacramento, CA 95816
Telephone: (916) 441-6255
Email: jamie@kkks.com
Email: keith@kkks.com

Attorneys for Defendant
TeleDirect Communications, Inc.

KORSHAK, KRACOFF, KONG & SUGANO, L.L.P.
25th & J Streets Building
2430 J Street
Sacramento, California 95816-4894
TEL: (916) 441-6255 FAX: (916) 448-8435 fax

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SANCHEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TELE-DIRECT COMMUNICATIONS INC.,<br><br>Defendant. | Case No. 2:26-cv-01758-TLN-SCR<br><br>STIPULATION TO TRANSFER ACTION TO UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS PURSUANT TO 28 USC §1404(A) |

Defendant TELEDIRECT COMMUNICATIONS, INC. (“TELEDIRECT”), and Plaintiff MARIA SANCHEZ (collectively, the “Parties”), by and through their respective counsel, hereby stipulate as follows:

1. The Parties hereby stipulate to transfer this action to the United States District Court for the Western District of Texas pursuant to 28 USC § 1404(a). Plaintiff is a resident of Leander, Texas within the Western District of Texas. Moreover, a substantial part of the events or omissions giving rise to Plaintiff’s claims took place within the Western District of Texas.

KORSHAK, KRACOFF, KONG & SUGANO, L.L.P.
25th & J Streets Building
2430 J Street
Sacramento, California 95816-4894
TEL: (916) 441-6255 FAX: (916) 448-8435 fax

2. Defendant submits to the personal jurisdiction of the United States District Court for the Western District of Texas. Texas courts have jurisdiction over Defendant pursuant to Tex. Civ. Prac. & Rem. Code § 17.042. Defendant further submits to, and shall not object to, the jurisdiction of the United States District Court for the Western District of Texas for any and all claims set forth in the Complaint filed on May 8, 2026 on behalf of all "putative Collective members" employed by Defendant in any state as set forth in paragraphs 9 and 22 of the Complaint.

3. The statute allows the Court to transfer this action to the Western District of Texas because it is convenient for the parties and witnesses, is a district where the case may have been brought, and is a district to which all parties hereby consent. It is more convenient for the parties and witnesses because Plaintiff is a resident of that district and more than half of the "putative Collective members" were employed in that state. In contrast, none were employed in California.

4. The Parties stipulate that the United States District Court for the Western District of Texas may exercise personal jurisdiction over defendant, has subject matter jurisdiction over the claims set forth in the Complaint, and is a proper forum under 28 U.S.C. § 1391(b)(2). The Parties, therefore, stipulate to the transfer of this case to the United States District Court for the Western District of Texas pursuant to 28 U.S.C. § 1440(a).

Dated: October 1, 2026 SOMMERS SCHWARTZ, P.C.

By: /s/ Kevin J. Stoops (as authorized on 9/30/2026)
Kevin J. Stoops
Attorneys for Plaintiff Maria Sanchez

Dated: October 1, 2026 KORSHAK, KRACOFF, KONG & SUGANO, LLP

By: /s/ Jamie L. Johnson
Jamie L. Johnson
Attorneys for Defendant TeleDirect Communications, Inc.

KORSHAK, KRACOFF, KONG & SUGANO, L.L.P.
25th & J Streets Building
2430 J Street
Sacramento, California 95816-4894
TEL: (916) 441-6255 FAX: (916) 448-8435 fax

# **ORDER**

The parties having stipulated, and good cause appearing, it is ordered that this matter be transferred to the United States District Court for the Western District of Texas.

Dated: October 5, 2026

Troy L. Nunley
Chief United States District Judge